JUDGE ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HERBERT JOHN OTIS,<br><br>　　　　　　Defendant. | NO. CR 05-199 JLR<br><br>ORDER CONTINUING TRIAL DATE<br>TO FEBRUARY 27, 2006 |

THIS MATTER having come before the Court on the joint motion of the parties for an order continuing the trial date and related proceedings in this cause, and the Court having considered the motion, the records and files herein, the Court now finds and rules as follows:

The parties have diligently prepared and require additional time to be adequately prepared for trial. The parties' need to be adequately prepared outweigh the interests of the public and defendant in a speedy trial. The defendant has requested a continuance of trial and executed a waiver of his right to a speedy trial.  Accordingly, the ends of justice served by granting the motion outweigh the best interest of the public in a speedy trial.

IT IS THEREFORE ORDERED that the motion is granted and the trial date is continued from November 29, 2005, to February 27, 2006, at 1:30 p.m.

(PROPOSED) ORDER CONTINUING
TRIAL DATE        - 1
(Herbert Otis, CR05-199JLR)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  IT IS FURTHER ORDERED that the deadline for filing pretrial motions is reset
to January 19, 2006.

IT IS FURTHER ORDERED that the period of time between November 29, 2005, and February 27, 2006, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act 18 U.S.C. § 3161(h)(8)(A).

DONE this 14th day of November, 2005.

/S/ Thomas S. Zilly   for
_____
James L. Robart
United States District Judge

Presented by:

s/   Brian Tsuchida
WSBA # 14886
Attorney for Defendant
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
brian_tsuchida@fd.org

Approved by:

s/   Lisca Borichewski
Assistant United States Attorney
*Telephonic Approval*

(PROPOSED) ORDER CONTINUING
TRIAL DATE         - 2
(Herbert Otis, CR05-199JLR)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**