MAGISTRATE JUDGE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) NO. CR 05-199 JLR | |
| Plaintiff, ) | |
| ) | |
| ) ORDER SETTING DETENTION | |
| vs. ) HEARING | |
| ) | |
| HERBERT JOHN OTIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER having come before the Court on defendant's motion to set a detention hearing for December 15, 2005, and the Court having considered the motion, the records and files herein, the Court now

ORDERS that the motion is granted. A detention hearing shall be scheduled for December 15, 2005 at 2:00 p.m. before this Court in courtroom 12B.

DONE this 5th day of December, 2005.

Mary Alice Theiler
U.S. Magistrate Judge

ORDER SETTING
DETENTION HEARING- 1
(Herbert Otis, CR05-199JLR)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100